UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21746
  WESLEY WILSON
  HEIDI J WILSON                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-4085     SSN XXX-XX-6798

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/19/07 .

     2.  The case was converted to Chapter 7 without confirmation, 03/27/2008.

     3.  The Debtor paid a total of $   5457.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN LOAN SRVS | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN SRVS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ALLERGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD ENTERTAINMENT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL HIGH | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| MONITRONICS INC RESIDENT | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST RADIOLOGY ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIACNOSTICS | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SUBURBAN LUNG ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TOUSSAINT OBSTETRICS | UNSECURED | NOT FILED | .00 | .00 |
| TRS INC | UNSECURED | NOT FILED | .00 | .00 |
| UIC MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SILVERLEAF RESORTS | UNSECURED | NOT FILED | .00 | .00 |

                 Summary of disbursements:

```
------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00         .00        .00
PRINCIPAL PAID          .00          .00         .00         .00        .00
INTEREST PAID           .00          .00         .00         .00        .00
TOTAL PAID              .00          .00         .00         .00        .00
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $    1450.00  direct and $    2050.00   through the plan.

The Trustee received $     126.22 .

Refunds to the Debtor totaled $    3280.78 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/26/08                  /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE




                            PAGE  2
        CASE NO. 07 B 21746 WESLEY WILSON & HEIDI J WILSON