IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: )  Chapter 7 Case
   WESLEY WILSON, and )  Case No. 07-21746
   HEIDI JOSEPHINE WILSON, )  Judge Bruce W. Black (Joliet)
          Debtors. )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:  Deborah K. Ebner, Trustee

Authorized to Provide
Professional Services to:  Trustee

Date of Order Authorizing Employment:  April 9, 2008

Period for Which
Compensation is Sought:  April 9, 2008 through close of the case

Amount of Fees Sought:  $8,751.12
Amount of Expense
Reimbursement Sought:  $ 57.28

This is an: Interim Application _____   Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed and Paid |
|---|---|---|---|
| Not Applicable | | | |

Applicant: Law Office of Deborah K. Ebner

Date: June 25, 2010    By:   /s/Deborah K. Ebner
                                      Deborah K. Ebner, Esq.