UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: WILSON, WESLEY<br>WILSON, HEIDI JOSEPHINE<br><br>Debtor(s) | § Case No. 07-21746<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, Illinois 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, Illinois 60432.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 07/15/2010     By: /s/DEBORAH K. EBNER
                                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WILSON, WESLEY § Case No. 07-21746
WILSON, HEIDI JOSEPHINE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 125,026.20 |
| and approved disbursements of | $ 60,630.63 |
| leaving a balance on hand of [1] | $ 64,395.57 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 8,751.12 | $ 57.28 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $276.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Illinois Dept of Revenue | $ 65.60 | $ 65.60 |
| 12 | Illinois Dept of Revenue | $ 211.16 | $ 211.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,733.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Commonwealth Edison | $ 162.71 | $ 64.88 |
| 2 | Illinois State Toll Hwy Auth | $ 2,748.10 | $ 1,095.62 |
| 3 | Deustshe Bank National Trust Co, as Trustee | $ 110,335.67 | $ 43,988.87 |
| 7 | Northwest Community Hospital | $ 1,651.41 | $ 658.39 |
| 8 | Morris Hospital | $ 1,813.52 | $ 723.02 |
| 9 | Portfolio Recovery Associates, LLC | $ 153.98 | $ 61.39 |
| 10 | eCAST Settlement Corp successor FIA Card | $ 1,669.73 | $ 665.69 |
| 11 | Illinois Dept of Revenue | $ 30.00 | $ 11.96 |
| 12 | Illinois Dept of Revenue | $ 19.00 | $ 7.57 |
| | Fox Valley & Vicinity | | |

UST Form 101-7-NFR (9/1/2009)

| 13 | Laborers Welfare Fund | $ 20,148.94 | $ 8,033.02 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/DEBORAH K. EBNER
                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                Page 1 of 2                   Date Rcvd: Jul 16, 2010
Case: 07-21746                 Form ID: pdf006             Total Noticed: 47

The following entities were noticed by first class mail on Jul 18, 2010.
db           +Wesley Wilson,    1504 Blue Stem Lane,    Minooka, IL 60447-8222
jdb          +Heidi Josephine Wilson,    1504 Blue Stem Lane,    Minooka, IL 60447-8222
aty          +Alex Wilson,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
               Chicago, IL 60603-5920
aty          +Andrew B Nelson,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
11759567     +AMCA,    2269 S. Saw Mill River Rd.,    Bldg 3,    Elmsford, NY 10523-3848
11759595     +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
11759572     +Alexian Brothers Hospital,    Attn: Bankruptcy Dept.,    1650 Moon Lake Blvd.,
               Hoffman Estates, IL 60169-1010
11759596      Allied Interstate,    Bankruptcy Department,    PO Box 361598,    Columbus, OH 43236-1598
11759574     +Associated Allergists,    Attn: Bankruptcy Dept.,    1300 Reliable Parkway,
               Chicago, IL 60686-0001
11759578     +Bank of America,    Bankruptcy Department,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
11759589      CDA/Pontiac,    Bankruptcy Department,    991 Oak Creek Dr.,    Streator, IL 61364
11759584     +CMI,    Attn: Bankrupcty Dept.,    4200 International Parkway,    Carrollton, TX 75007-1930
11759579    ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACH LLC,      Bankruptcy Department,    370 17th St., Ste. 5000,
               Denver, CO 80202)
11759591     +Caine & Weiner,    21210 Erwin St.,    Woodland Hills, CA 91367-3714
11864442     +Deutsche Bank National Trust Company,    C/o Home Loan,    150 Allegheny Center Mall 24-050,
               Pittsburgh, PA 15212-5335
15394697     +Deutsche Bank National Trust Company, as Trustee,    c/o Home Loan Services,Inc.,
               150 Allegheny Center Mall, 24-050,    Pittsburgh, PA 15212-5335
12073403     +EQUITY CREDIT CO.,    C/O GARY R. GARRETSON,    1802 N. DIVISION ST.,    SUITE 201,
               MORRIS, IL 60450-1183
11759585     +Emergency Treatment, SC,    Bankruptcy Department,    900 Jorie Blvd., Ste. 220,
               Oak Brook, IL 60523-3846
11759564     +First Franklin,    Bankruptcy Department,    PO Box 1838,    Pittsburgh, PA 15230-1838
14875406      Fox Valley & Vicinity Laborers Welfare Fund,     Baum Sigman Auerbach & Neuman, Ltd.,
               c/o James M. Neuman,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
11759598     +Heller & Frisone,    Bankruptcy Department,    33 N. LaSalle St., Ste. 1200,
               Chicago, IL 60602-3415
11759592     +Hollywood Entertainment Corp.,    Bankruptcy Department,    9275 SW Peton Ln,
               Wilsonville, OR 97070-9200
12354679      Illinois Department of Revenue,    Bankruptcy Section,    P O BOX 64338,    Chicago, IL 60664-0338
11759568      Illinois State Toll Hwy Auth,    Attn: Legal Dept - Bob Lane,    2700 Ogden Ave.,
               Downers Grove, IL 60515-1703
11759600     +Illinois Title Loans,    C/O Sonya L Salkin Esq,    Malnik & Salkin PA,
               1776 N Pine Island Rd Ste 102,    Plantation, FL 33322-5200
11759576     +KCA Financial Services,    Bankruptcy Department,    628 North St.,    Geneva, IL 60134-1356
11759570     +Loyola Medical Plan,    Bankruptcy Department,    Two Westbrook Corp. Center,    Ste 600,
               Westchester, IL 60154-5716
11759586     +Medical Collections,    Bankruptcy Department,    302 E. Church St.,    Kileen, TX 76541-4843
11759587     +Morris Hospital,    Attn: Bankruptcy Department,    150 W. High St.,    Morris, IL 60450-1497
12007092     +Morris Hospital,    c/o Pellettieri & Hennings, P.C.,    450 E. 22nd St., Suite 213,
               Lombard, IL 60148-6176
12007078     +Northwest Community Hospital,    c/o Pellettieri & Hennings, P.C.,    450 E. 22nd St., Suite 213,
               Lombard, IL 60148-6176
11759575      Northwest Radiology Assoc., SC,    Attn: Bankruptcy Department,    641 E. Butterfield Rd.,
               Lombard, IL 60148
11759588     +Pellettieri & Associates Ltd.,    Bankruptcy Department,    991 Oak Creek Dr.,
               Lombard, IL 60148-6408
12051696     +Portfolio Recovery Associates, LLC.,    c/o Household Automotive Finance Corp,    POB 41067,
               NORFOLK VA 23541-1067
11759581     +Provena St. Joseph Hospital,    Attn: Bankruptcy Department,    77 North Airlite Street,
               Chicago, IL 60123-4998
11759566     +Quest Diagnostics,    Attn: Bankruptcy Dept,    PO Box 740020,    Cincinnati, OH 45274-0020
11759593     +Risk Management Corp,    Bankruptcy Dept,    4450 River Green Parkway St.,    Duluth, GA 30096-2589
11759590   ++++SUBURBAN LUNG ASSOCIATES, SC,    BANKRUPTCY DEPARTMENT,    800 BIESTERFIELD RD STE 404,
               ELK GROVE VILLAGE IL  60007-3378,    Elk Grove Village, IL 60007
             (address filed with court: Suburban Lung Associates, SC,      Bankruptcy Department,
               810 Biesterfield Rd.,,    #404,    Elk Grove Village, IL 60007)
11759577      Silverleaf Resorts,    Bankruptcy Department,    PO Box 358,    Dallas, TX 75221
11759597      TCF Bank,    Attn: Bankruptcy Department,    PO Box 1501,    Minneapolis, MN 55480-1501
11759594     +TRS/cigpf1 Corp,    Attn: Bankruptcy Dept.,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
11759569     +Toussaint Obstetrics & Gynec,    Attn: Bankruptcy Dept.,    237 W. Waverly Street,
               Morris, IL 60450-1334
11759571     +UIC Medical Center,    Bankruptcy Department,    1740 W. Taylor St.,    Chicago, IL 60612-7232
12052904      eCAST Settlement Corporation successor to,    FIA Card Services aka Bank of America,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 16, 2010.
11759580     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               Attn: System Credit/BK Dept,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
11759583     +E-mail/Text: bwilson@monitronics.com                            Monitronics,
               Attn: Bankruptcy Dept.,    2350 Valley View Lane,    Dallas, TX 75234-5754
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2                   Date Rcvd: Jul 16, 2010
Case: 07-21746                Form ID: pdf006           Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
11759565*    +First Franklin,    Bankruptcy Department,    PO Box 1838,    Pittsburgh, PA 15230-1838
11759601*    +Illinois Title Loans INC,    C/O Sonya L Salkin Esq,    Malnik & Salkin PA,
               1776 N Pine Island Rd Ste 102,    Plantation, FL 33322-5200
11759582*    +KCA Financial Services,    Bankruptcy Department,    628 North St.,    Geneva, IL 60134-1356
11759599*    +KCA Financial Services,    Bankruptcy Department,    628 North St.,    Geneva, IL 60134-1356
11759573   ##+Harris & Harris, Ltd.,    Bankruptcy Department,    600 W. Jackson Blvd., #400,
               Chicago, IL 60661-5675
                                                                                          TOTALS: 0, * 5, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2010**                     **Signature:** _Joseph Speetjens_