**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: WILSON, WESLEY
      WILSON, HEIDI JOSEPHINE

Case No. 07-21746

Chapter 7

Debtors,

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $250,000.00
*(without deducting any secured claims)*

Assets Exempt: $53,730.00

Total Distribution to Claimants: $55,590.99

Claims Discharged Without Payment: $101,320.33

Total Expenses of Administration: $54,439.03

3) Total gross receipts of $ 125,030.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $110,030.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $196,420.00 | $5,221.52 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 54,439.03 | 54,439.03 | 54,439.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 276.76 | 276.76 | 276.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,370.00 | 29,778.89 | 140,114.56 | 55,314.23 |
| **TOTAL DISBURSEMENTS** | $214,790.00 | $89,716.20 | $194,830.35 | $110,030.02 |

4) This case was originally filed under Chapter 13 on November 19, 2007 and it was converted to Chapter 7 on March 27, 2008. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2010           By: /s/DEBORAH K. EBNER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Action | 1142-000 | 125,000.00 |
| Interest Income | 1270-000 | 30.02 |
| **TOTAL GROSS RECEIPTS** | | **$125,030.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wesley & Heide WIlson | Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Title Loans Bankruptcy Department | 4210-000 | 1,250.00 | 2,176.00 | 0.00 | 0.00 |
| 5 | Illinois Title Loans Bankruptcy Department | 4210-000 | 670.00 | 869.52 | 0.00 | 0.00 |
| 6 | Illinois Title Loans Bankruptcy Department | 4210-000 | 0.00 | 2,176.00 | 0.00 | 0.00 |
| NOTFILED | First Franklin Bankruptcy Department | 4110-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | First Franklin Bankruptcy Department | 4110-000 | 189,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$196,420.00** | **$5,221.52** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 8,751.12 | 8,751.12 | 8,751.12 |
| DEBORAH K. EBNER | 2200-000 | N/A | 57.28 | 57.28 | 57.28 |
| Peter Bobber & Lewis, Davidson & Hetherington, Ltd | 3210-600 | N/A | 41,666.66 | 41,666.66 | 41,666.66 |
| Peter Bobber & Lewis, Davidson & Hetherington, Ltd. | 3220-610 | N/A | 3,906.47 | 3,906.47 | 3,906.47 |
| International Sureties | 2300-000 | N/A | 57.50 | 57.50 | 57.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 54,439.03 | 54,439.03 | 54,439.03 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Illinois Dept of Revenue | 5800-000 | N/A | 65.60 | 65.60 | 65.60 |
| 12 | Illinois Dept of Revenue | 5800-000 | N/A | 211.16 | 211.16 | 211.16 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 276.76 | 276.76 | 276.76 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison | 7100-000 | N/A | 162.71 | 162.71 | 64.88 |
| 2 | Illinois State Toll Hwy Auth | 7100-000 | N/A | 2,748.10 | 2,748.10 | 1,095.69 |
| 3 | Deustshe Bank National Trust Co, as Trustee | 7100-000 | N/A | N/A | 110,335.67 | 43,991.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Northwest Community Hospital | 7100-000 | N/A | 1,651.41 | 1,651.41 | 0.00 |
| 8 | Morris Hospital | 7100-000 | N/A | 1,813.52 | 1,813.52 | 0.00 |
| 9 | Portfolio Recovery Associates, LLC. | 7100-000 | N/A | 153.98 | 153.98 | 61.39 |
| 10 | eCAST Settlement Corp successor FIA Card | 7100-000 | 1,850.00 | 1,669.73 | 1,669.73 | 665.74 |
| 11 | Illinois Dept of Revenue | 7100-000 | N/A | 30.00 | 30.00 | 11.96 |
| 12 | Illinois Dept of Revenue | 7100-000 | N/A | 19.00 | 19.00 | 7.58 |
| 13 | Fox Valley & Vicinity Laborers Welfare Fund | 7100-000 | N/A | 20,148.94 | 20,148.94 | 8,033.58 |
| NOTFILED | TRS/cigpf1 Corp. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Hwy Auth | 7100-000 | 9,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola Medical Center | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Allegists | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Hollywood Entertainment Corp | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Monitronics | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services Bankruptcy Department | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Hospital | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC Bankruptcy Department | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| NOTFILED | Morris Hospital | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Radiology Assoc. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Medical Center Bankruptcy Department | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Toussaint Obstetrics & Gynec | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena St Joseph Hospital | 7100-000 | 1,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Lung Associates, SC Bankruptcy Department | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| TURNOVER | Clerk of US Bankruptcy Court - Clerk of US Bankruptcy | 7100-001 | N/A | 1,381.50 | 1,381.50 | 1,381.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 18,370.00 | 29,778.89 | 140,114.56 | 55,314.23 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-21746  **Trustee:** (330480)  DEBORAH K. EBNER
**Case Name:** WILSON, WESLEY  **Filed (f) or Converted (c):** 03/27/08 (c)
WILSON, HEIDI JOSEPHINE  **§341(a) Meeting Date:** 05/08/08
**Period Ending:** 12/19/10  **Claims Bar Date:** 02/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1504 Blue Stem Lane (Debtor's Residence) | 250,000.00 | 25,500.00 | DA | 0.00 | FA |
| 2 | Other contingent claims of every nature | Unknown | 0.00 | DA | 0.00 | FA |
| 3 | Personal Injury Action | Unknown | 0.00 | | 125,000.00 | 0.00 |
| 4 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Automobiles | 7,800.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.02 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$260,650.00** | **$25,500.00** | | **$125,030.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

Personal injury case settled.  Case will be closed after expiration of 2/22/10 bar date

**Initial Projected Date Of Final Report (TFR):**   December 30, 2014   **Current Projected Date Of Final Report (TFR):**   July 15, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-21746  
**Case Name:** WILSON, WESLEY  
WILSON, HEIDI JOSEPHINE  
**Taxpayer ID #:** **-***8942  
**Period Ending:** 12/19/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/19/2010 11:57 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-21746  
**Case Name:** WILSON, WESLEY  
WILSON, HEIDI JOSEPHINE  
**Taxpayer ID #:** **-***8942  
**Period Ending:** 12/19/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/09 | {3} | Lewis Davidson & Hetherington, LTd. | Settlement check per order of 9/11/09 | 1142-000 | 125,000.00 | | 125,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 125,000.34 |
| 11/07/09 | 1001 | Peter Bobber & Lewis, Davidson & Hetherington, Ltd | Fees per Order of 9/11/09 | 3210-600 | | 41,666.66 | 83,333.68 |
| 11/07/09 | 1002 | Peter Bobber & Lewis, Davidson & Hetherington, Ltd. | Expenses per Order of 9/11/09 | 3220-610 | | 3,906.47 | 79,427.21 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.96 | | 79,431.17 |
| 12/28/09 | 1003 | Wesley & Heide WIlson | Exemption | 8100-002 | | 15,000.00 | 64,431.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.34 | | 64,434.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.68 | | 64,437.19 |
| 02/03/10 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #07-21746, #016026455 | 2300-000 | | 57.50 | 64,379.69 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.45 | | 64,382.14 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.88 | | 64,385.02 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.66 | | 64,386.68 |
| 04/20/10 | | Wire out to BNYM account 9200******3967 | Wire out to BNYM account 9200******3967 | 9999-000 | -64,386.68 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 60,630.63 | 60,630.63 | $0.00 |
| Less: Bank Transfers | -64,386.68 | 0.00 | |
| **Subtotal** | 125,017.31 | 60,630.63 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$125,017.31** | **$45,630.63** | |

{} Asset reference(s)             Printed: 12/19/2010 11:57 PM    V.12.54

Page: 3

# FORM 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-21746 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | WILSON, WESLEY | | Bank Name: | The Bank of New York Mellon |
| | WILSON, HEIDI JOSEPHINE | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***8942 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/19/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/19/10 | | From Account #9200******3967 | To close | 9999-000 | 64,399.39 | | 64,399.39 |
| 08/20/10 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $8,751.12, Trustee Compensation; Reference: | 2100-000 | | 8,751.12 | 55,648.27 |
| 08/20/10 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $57.28, Trustee Expenses; Reference: | 2200-000 | | 57.28 | 55,590.99 |
| 08/20/10 | 103 | Illinois Dept of Revenue | Dividend paid 100.00% on $65.60; Claim# 11; Filed: $65.60; Reference: XXX-XX-4035 | 5800-000 | | 65.60 | 55,525.39 |
| 08/20/10 | 104 | Commonwealth Edison | Dividend paid 39.87% on $162.71; Claim# 1; Filed: $162.71; Reference: 21080-08011 | 7100-000 | | 64.88 | 55,460.51 |
| 08/20/10 | 105 | Illinois State Toll Hwy Auth | Dividend paid 39.87% on $2,748.10; Claim# 2; Filed: $2,748.10; Reference: 7668000 | 7100-000 | | 1,095.69 | 54,364.82 |
| 08/20/10 | 106 | Deustshe Bank National Trust Co, as Trustee | Dividend paid 39.87% on $110,335.67; Claim# 3; Filed: $0.00; Reference: 1044662470 | 7100-000 | | 43,991.91 | 10,372.91 |
| 08/20/10 | 107 | Northwest Community Hospital | Dividend paid 39.87% on $1,651.41; Claim# 7; Filed: $1,651.41; Reference: 536977 ***UNCLAIMED TURNED OVER TO CLERK OF THE COURT Voided on 08/26/10 | 7100-000 | | 658.43 | 9,714.48 |
| 08/20/10 | 108 | Morris Hospital | Dividend paid 39.87% on $1,813.52; Claim# 8; Filed: $1,813.52; Reference: 537006 **UNCLAIMED TURNED OVER TO CLERK OF THE COURT Voided on 08/26/10 | 7100-000 | | 723.07 | 8,991.41 |
| 08/20/10 | 109 | Portfolio Recovery Associates, LLC. | Dividend paid 39.87% on $153.98; Claim# 9; Filed: $153.98; Reference: 4538 | 7100-000 | | 61.39 | 8,930.02 |
| 08/20/10 | 110 | eCAST Settlement Corp successor FIA Card | Dividend paid 39.87% on $1,669.73; Claim# 10; Filed: $1,669.73; Reference: 9327 OR 4335 | 7100-000 | | 665.74 | 8,264.28 |
| 08/20/10 | 111 | Illinois Dept of Revenue | Dividend paid 39.87% on $30.00; Claim# 11; Filed: $30.00; Reference: XXX-XX-4035 | 7100-000 | | 11.96 | 8,252.32 |
| 08/20/10 | 112 | Fox Valley & Vicinity Laborers Welfare Fund | Dividend paid 39.87% on $20,148.94; Claim# 13; Filed: $20,148.94; Reference: | 7100-000 | | 8,033.58 | 218.74 |
| 08/20/10 | 113 | Illinois Dept of Revenue | Combined Check for Claims#12,12 | | | 218.74 | 0.00 |
| | | | Dividend paid 39.87% on $19.00; Claim# 12; Filed: $19.00; Reference: XXX-XX-4035 XXX-XX-6798 | 7100-000 7.58 | | | 0.00 |
| | | | Dividend paid 100.00% | 5800-000 211.16 | | | 0.00 |

Subtotals : $64,399.39 $64,399.39

{} Asset reference(s)   Printed: 12/19/2010 11:57 PM   V.12.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-21746 | |
| **Case Name:** | WILSON, WESLEY | |
| | WILSON, HEIDI JOSEPHINE | |
| **Taxpayer ID #:** | **-***8942 | |
| **Period Ending:** | 12/19/10 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******39-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $211.16;  Claim# 12;<br>Filed: $211.16;<br>Reference:<br>XXX-XX-4035<br>XXX-XX-6798 | | | | |
| 08/26/10 | 107 | Northwest Community Hospital | Dividend paid  39.87% on $1,651.41; Claim# 7;<br>Filed: $1,651.41; Reference: 536977<br>***UNCLAIMED TURNED OVER TO CLERK<br>OF THE COURT<br>Voided: check issued on 08/20/10 | 7100-000 | | -658.43 | 658.43 |
| 08/26/10 | 108 | Morris Hospital | Dividend paid  39.87% on $1,813.52; Claim# 8;<br>Filed: $1,813.52; Reference: 537006<br>**UNCLAIMED TURNED OVER TO CLERK<br>OF THE COURT<br>Voided: check issued on 08/20/10 | 7100-000 | | -723.07 | 1,381.50 |
| 11/23/10 | 114 | Clerk of US Bankruptcy Court | Unclaimed funds Northwest Community<br>Hospital 658.43 & Morris Hospital 723.07 | 7100-001 | | 1,381.50 | 0.00 |
| | | | ACCOUNT TOTALS | | 64,399.39 | 64,399.39 | $0.00 |
| | | | Less: Bank Transfers | | 64,399.39 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 64,399.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$64,399.39** | |

{} Asset reference(s)

Printed: 12/19/2010 11:57 PM    V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-21746  
**Case Name:** WILSON, WESLEY  
WILSON, HEIDI JOSEPHINE  
**Taxpayer ID #:** **-***8942  
**Period Ending:** 12/19/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3967 | Wire in from JPMorgan Chase Bank, N.A. account ********3967 | 9999-000 | 64,386.68 | | 64,386.68 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.35 | | 64,388.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.83 | | 64,391.86 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.71 | | 64,395.57 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.82 | | 64,399.39 |
| 08/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.00 | | 64,399.39 |
| 08/19/10 | | To Account #9200******3966 | To close | 9999-000 | | 64,399.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 64,399.39 | 64,399.39 | $0.00 |
| | | | Less: Bank Transfers | | 64,386.68 | 64,399.39 | |
| | | | **Subtotal** | | 12.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12.71** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****39-65** | 0.00 | 0.00 | 0.00 |
| **MMA # ***-*****39-67** | 125,017.31 | 45,630.63 | 0.00 |
| **Checking # 9200-******39-66** | 0.00 | 64,399.39 | 0.00 |
| **MMA # 9200-******39-67** | 12.71 | 0.00 | 0.00 |
| | **$125,030.02** | **$110,030.02** | **$0.00** |

{} Asset reference(s)    Printed: 12/19/2010 11:57 PM    V.12.54